UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 4:24-CR-165 |
| | § | |
| ERNESTO VILLARREAL, JR., | § | |
| *Defendant.* | § | |

**Defendant's Unopposed Motion to Modify Conditions of Release**

TO THE HONORABLE DAVID B. FANNIN:

Ernesto Villarreal is currently on pretrial release under certain conditions, including that he submit to a location monitoring and participate in a location restriction program, paragraphs (p) and (q).

Accordingly, Villarreal moves the Court to modify his conditions by removing paragraphs (p) and (q).

The undersigned has been authorized to inform the Court that neither the government nor pretrial services oppose this motion.

Respectfully submitted,

/S/ Shane O'Neal
SHANE O'NEAL
O'NEAL LAW
101 E. Avenue B
Alpine, TX 79830
(713) 516-3505
shane@shaneoneallaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of November 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

AUSA John Fedock, Scott Greenbaum

                                           /S/ Shane O'Neal
                                           SHANE O'NEAL
                                           Attorney for Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>ERNESTO VILLARREAL, JR.,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | 4:24-CR-165 |

### Order Modifying Conditions of Release

On June 25, 2024, the Court entered an Order Setting Conditions of Release with respect to Mr. Villarreal.

After further consideration, by agreement of the parties, the Court finds that the Defendant's conditions of release should be modified.

The court modifies the Defendant's conditions of release as follows:

Paragraphs (p) and (q) requiring a curfew and radio frequency monitoring program are removed.

It is so **ORDERED**

**SIGNED** this ___th day of November 2024.

_____
**DAVID B. FANNIN**
**UNITED STATES MAGISTRATE JUDGE**

3