**FILED**
November 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Yvette Lujan_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERNESTO VILLARREAL, JR.,

Defendant.

SEALED

Case No. 4:24-CR-00165

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, ERNESTO VILLARREAL, JR., the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this the 20th day of November, 2024.

_____
ERNESTO VILLARREAL, JR.
Defendant

_____
SHANE O'NEAL
Attorney for Defendant

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
JOHN A. FEDOCK
Assistant United States Attorney