UNITED STATES MAGISTRATE JUDGE
## REARRAIGNMENT and MOTION Hearing

| | | | |
|---|---|---|---|
| CASE NO. | PE:24-CR-00165(1)-DC | LOCATION: | Alpine Courtroom |

DEFENDANT'S NAME   ATTY FOR DEFENDANT:

#1  Ernesto Villarreal Jr.         #1  [RET] Shane O'Neal

| | | | |
|---|---|---|---|
| JUDGE: | DAVID B. FANNIN | AUSA: | John Fedock |
| DEPUTY CLERK: | Yvette Lujan | INTERPRETER: | NO |
| COURT REPORTER: | FTR - Alpine Courtroom | PROB. OFFICER | M. McDougall |
| | | PRETRIAL OFFICER: | Jesse Gomez |
| DATE: | 11/20/2024 | TIME: | 10:17 - 10:48 a.m.  31 mins |
| | | | 10:49 - 10:51 a.m.  02 mins |

PROCEEDINGS                                DFT NO.                     1

| | | |
|---|---|---|
| X | REARRAIGNMENT HELD | X |
| X | Defendant enters a plea of guilty to count 1-9 of Indictment | X |
| X | DFT INFORMED OF RIGHTS | X |
| X | CONSENT to plead before the Magistrate Judge  E-filed | X |
| X | FACTUAL BASIS E-filed | X |
| X | Defendant waives reading of Factual Basis in open court | X |
| X | Forfeiture discussed | X |
| X | Restitution (as to money taken) discussed | X |
| X | Money Judgement (as to money obtained) discussed | X |

ORAL AGREEMENTS BETWEEN PARTIES

| | | |
|---|---|---|
| | to dismiss Ct ____ at time of sentencing | |
| X | REFERRED TO PROB  PSI | X |
| | EXPEDITE | |
| | Waiver of Rule 32 time limits e-filed | |
| X | DFT CONTINUED ON PRESENT BOND PENDING SENTENCING with consideration of modifications below | X |

OTHER:

MOTION HEARING:
Unopposed MOTION to Modify Conditions of Release [40] filed by defense requesting removal of curfew and e-mon

COURT GRANTS requested modifications.