UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. P-24-CR-165-DC |
| | § | |
| ERNESTO VILLAREAL, JR., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF MONEY JUDGMENT

Pending before the Court is the United States of America's Amended Motion for Entry of Money Judgment, pursuant to Fed. R. Crim. P. 32.2(b)(1)(A), (c)(1) and Title 21 U.S.C. § 853(p). This Court being fully and wholly apprised in all its premises, finds that the United States has proven by a preponderance of the evidence that the forfeiture money judgment described below represents the value of the proceeds obtained from the violations of Title 18 U.S.C. §§ 666(a)(1) and 1343 committed by Defendant ERNESTO VILLAREAL, JR. by virtue of the Defendant's guilty plea (Doc. 42) and the Factual Basis (Doc. 39). This Court further finds that the money judgment is a criminal monetary penalty under Condition(s) 14, 15, and 16 of the United States, Western District of Texas Conditions of Probation and Supervised Release. This motion is meritorious and should be, and hereby is, in all things GRANTED.

IT IS THEREFORE ORDERED that a forfeiture money judgment is entered against the Defendant, specifically:

> **Money Judgment:** A sum of money equal to Two Hundred Ninety-One Thousand, Eight Hundred and Fifty-Three dollars with Ninety cents ($291,853.90) which represents the value of the proceeds obtained, directly or indirectly, from the criminal violation in said case which Defendant ERNESTO VILLAREAL, JR. is solely liable,

hereinafter referred to as the Subject Money Judgment; and

IT IS FURTHER ORDERED that should the Court assess a term of probation or supervised release against the Defendant, the Defendant shall pay the Subject Money Judgment in accordance with a schedule of payments established by the United States Probation Office, to commence after all other criminal debt has been satisfied pursuant to Title 18 U.S.C. §§ 3612(c), 3663(c)(5), and 3664(j); and

IT IS FURTHER ORDERED that the Defendant make payments by money order or certified check made payable to the **United States Marshals Service** and shall include the case number of the instant cause on all money orders or certified checks, which in this case is **P-24-CR-165-DC**, and payments shall be sent to:

> **United States Attorney's Office**
> **Western District of Texas**
> **Attn: Asset Forfeiture Section**
> **700 E. San Antonio Ave., Ste. 200**
> **El Paso, Texas 79901.**

IT IS FURTHER ORDERED that the United States shall, at its option, be entitled to the forfeiture of any other property (substitute assets) owned by the Defendant equivalent to the value of the Subject Money Judgment; and

IT IS FURTHER ORDERED that at the time of the sentencing of the Defendant the forfeiture of the Subject Money Judgment shall be included in his Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this 19th day of March, 2025.

_____
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE